## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:                                                                                          BKY No.:  16-31466
                                                                                                Chapter 11
S. Hemenway, Inc.,

       Debtor.

---

### Notice of Hearing and Motion Approving Amended Stipulation for
### Use of Cash Collateral and Approving Adequate Protection

---

1.  S. Hemenway, Inc. (the "Debtor") moves the Court for the relief requested below and gives notice of hearing.

2.  The Court will hold a hearing on the Debtor's request for relief at 9:30 a.m. on Thursday, June 23, 2016, in Courtroom 2C of the United States Bankruptcy Court, 316 North Robert Street, St. Paul, Minnesota 55101, before the Honorable Katherine A. Constantine.

3.  Any objection to this motion shall be filed and served by delivery or by mail not later than five (5) days before the hearing date which is Friday, June 17, 2016.  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.  This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334 and Fed.R.Bankr.P. 5005.  This proceeding is a core proceeding.  The petition commencing this case was filed on May 2, 2016 (the "Filing Date").  The case is now pending in this court.

5.  This motion arises under 11 U.S.C. §363(c)(2) and Bankruptcy Rules 2002, 4001(b), 4001(d) and 9014.

6. The Debtor filed an Expedited Motion for Use of Cash Collateral (Docket No. 7) on May 3, 2016. The Court has held two hearings on the Debtor's Motion, which occurred May 5, 2016 and June 2, 2016.

7. The Debtor has entered into a Stipulation for the use of cash collateral and to provide adequate protection with the Internal Revenue Service on May 16, 2016 (Docket No. 22). The Debtor then entered into an Amended Stipulation for the use of cash collateral and to provide adequate protection with the Internal Revenue Service on May 17, 2016 (Docket No. 26). A copy of the Amended Stipulation is attached to this motion as **Exhibit 1.**

8. By this Motion, the Debtor requests the Court to approve the Amended Stipulation between the Debtor and the Internal Revenue Service. The Amended Stipulation provides for the Debtor's use of cash collateral to pay operating expenses and provides adequate protection to the Internal Revenue Service.

9. The Debtor gives notice that it may, if necessary, call Scott Hemenway, to testify with respect to the relief sought in this Motion.

**WHEREFORE**, Debtor moves the Court for an order approving the Amended Stipulation for use of cash collateral and to provide adequate protection between the Debtor and the Internal Revenue Service and for such other and further relief the Court determines.

Dated: June 3, 2016.         By:   /e/ Steven B. Nosek
                                   Steven B. Nosek (No. 79960)
                                   **Attorney for Debtor**
                                   2855 Anthony Lane South
                                   Suite 201
                                   St. Anthony, MN 55418
                                   Telephone: (612) 335-9171

VERIFICATION

I, Scott Hemenway, President of the Debtor named in the foregoing pleading, declare under penalty of perjury that the foregoing pleading is true and correct according to the best of my knowledge, information and belief.

Dated: 6-3-16

_____
Scott Hemenway, President

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                     BKY No.: 16-31466
                                                           Chapter 11
S. Hemenway, Inc.,

Debtor.

## AMENDED STIPULATION REGARDING THE
## DEBTOR'S USE OF CASH COLLATERAL

S. Hemenway, Inc. (the "Debtor") and the United States of America, Internal Revenue Service ("IRS"), hereby agree and stipulate as follows:

A.  The Debtor commenced this case on May 2, 2016 (the "Petition Date") by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtor has continued in possession of its property and has operated and managed its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

B.  On May 5, 2016, the Debtor brought a motion (the "Cash Collateral Motion") under Section 363(c) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b) seeking to use cash collateral.

C.  The Cash Collateral Motion stated that both the IRS and Unity Bank hold a secured interest in the Debtor's cash collateral.

D.  In order to provide sufficient time to obtain approval of its proposed plan of reorganization, the Debtor has requested an extension of the time to the use of cash collateral and the IRS has agreed to consent to the Debtor's continued use of cash collateral pursuant to the terms of this stipulation.

EXHIBIT 1

**IT IS HEREBY AGREED:**

1. The IRS consents to the Debtor's use of cash, including cash collateral, consistent with the Debtor's projections attached as **Exhibit A**.

2. For purposes of adequate protection, the Debtor will pay to the IRS a minimum of $9,694.71 on or before the last day of each month in which this stipulation is in effect, which payment will be applied to the secured portion of the Debtor's obligation to the IRS. This obligation to the IRS will accrue interest at the rate of 4% pursuant to 26 I.R.C. §6621. In addition, the Debtor hereby grants the IRS a replacement lien in Debtor's post-petition assets, including without limitation cash and cash equivalents, equipment, contract rights, general intangibles and all other post-petition property of the Debtor, together with the proceeds and products thereof except that this replacement lien shall exclude any causes of action arising out of this bankruptcy filing. Said replacement lien shall be of the same priority, dignity and effect as the IRS's pre-petition liens. This replacement lien shall be in addition to the liens that the IRS had in the assets and property of the Debtor as of the petition date, which liens extend to and encumber the proceeds and products of the property of the Debtor in existence at the time the bankruptcy petition was filed.

3. The Debtor shall file any past due tax returns (including, but not limited to, income, excise, employment and unemployment returns) and will provide proof of filing to the IRS.

4. The Debtor will pay each federal tax deposit as it accrues, when payroll is made, through a federal depository and will submit proof of deposit to the IRS within seven (7) working days of the deposit.

EXHIBIT 1

5.  The Debtor shall file all tax returns for the periods ending after the filing of the bankruptcy petition on or before the due date, and shall pay any balance due upon filing of the return. Proof of filing and payment will be provided to the IRS within seven (7) working days of filing and payment.

6.  The Debtor's failure to timely perform or otherwise timely comply with any of the conditions of adequate protection provided in this stipulation is a default. If the Debtor defaults in any of the conditions of adequate protection provided in this stipulation, the IRS must provide the Debtor and Debtor's counsel with written notice of such default. If the Debtor has not cured such default within ten (10) business days after such notice of default is provided, the IRS may pursue available remedies for the Debtor's alleged breach of this Stipulation.

7.  If the Debtor should need to make any expenditure outside the ordinary course of business, the Debtor shall seek permission in writing for such additional expenditure from the IRS. The IRS agrees to review and respond to any such request(s) for an additional expenditure(s) within a reasonable time, and the IRS agrees that its approval of any such expenditure(s) via e-mail, or via any other written format, will be binding.

8.  All returns, monthly payments, monthly reports, proof of deposits, proof of insurance, tax returns, financial statements required by this stipulation to be filed with, or submitted to, the IRS shall be sent or delivered to:

> Pat Patton
> Insolvency Unit, Internal Revenue Service
> 30 East 7th Street, Suite 1222
> Stop 5700 STP
> St. Paul, MN 55101

EXHIBIT 1

9. The Debtor and the IRS agree to submit the order attached hereto as **Exhibit B** for entry by the Court and the parties hereby consent to the Court's entry of such order.

10. Any breach of this Stipulation by any party will entitle any party to seek an order from the Court enforcing the terms of this Stipulation, including but not limited to immediately terminating the Debtor's right to use cash collateral as set forth in the Stipulation.

11. The Debtor and the IRS agree that, pursuant to Local Rule 9011-4(f), each of the undersigned hereby authorizes the e-filing of this document with their electronic signatures affixed below.

Dated: May 17, 2016.

/e/ Steven B. Nosek
Steven B. Nosek, #79960
2855 Anthony Lane South, Suite 201
St. Anthony, MN 55418
(612) 335-9171
snosek@noseklawfirm.com
**ATTORNEY FOR THE DEBTOR**

Dated: May 17, 2016.

**ANDREW M. LUGER
United States Attorney**

/e/ Roylene A. Champeaux
Roylene A. Champeaux, #154805
Assistant United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 664-5685
roylene.champeaux@usdoj.gov

ATTORNEY FOR THE UNITED
STATES OF AMERICA, INTERNAL
REVENUE SERVICE

EXHIBIT 1

S Hemenway, Inc.

| | May-16 | Jun-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Weekly Hours | 251,800 | 228,251 | 228,251 | 228,251 | 230,541 | 232,846 | 235,175 | 237,527 | 239,902 |
| | 7,400 | 2,150 | 2,150 | 2,150 | 2,172 | 2,193 | 2,215 | 2,237 | 2,260 |
| Average $/hr billed | 24.50 | 24.50 | 24.50 | 24.50 | 24.50 | 24.50 | 24.50 | 24.50 | 24.50 |
| Total Revenue | 251,800 | 228,251 | 228,251 | 228,251 | 230,541 | 232,846 | 235,175 | 237,527 | 239,902 |
| | 47.5% | | | | | | | | |
| **Caregiver Wages** | 9.5% | | | | | | | | |
| CG wages as a % of Sales | 121,020 | 101,423 | 101,423 | 101,423 | 101,507 | 110,602 | 111,708 | 112,825 | 113,953 |
| CG Payroll Taxes | 11,491 | 10,300 | 10,300 | 10,300 | 10,403 | 10,507 | 10,612 | 10,718 | 10,826 |
| CG Mileage Reimbursement | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Intro to Homecare Payments | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Workers Comp. Insurance | 4,573 | 4,373 | 4,373 | 4,373 | 4,373 | 3,000 | 3,000 | 3,000 | 3,000 |
| Employee Screening | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Caregiver Supplies | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Cost of Goods Sold | 137,476 | 123,671 | 123,671 | 123,671 | 124,858 | 124,684 | 125,895 | 127,118 | 128,354 |
| **Gross Profit** | 117,324 | 104,587 | 104,587 | 104,587 | 105,683 | 108,162 | 109,280 | 110,408 | 111,548 |
| **Office Salaries and Wages** | 9.0% | | | | | | | | |
| Admin Personnel | 60,000 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 |
| Payroll Taxes | 5,400 | 3,375 | 3,375 | 3,375 | 3,375 | 3,375 | 3,375 | 3,375 | 3,375 |
| Owner Salary | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Owner Payroll Taxes | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 |
| **Benefits** | | | | | | | | | |
| Health Insurance | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Vision Insurance | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| MEC Insurance | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 460 |
| Life Insurance | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Benefits Admin - Cobra | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Benefits Admin - ESR | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Benefits Admin - 401K Audit | | | | | | | | 5,000 | |
| **Advertising** | | | | | | | | | |
| Social Media | - | - | - | - | - | - | - | - | - |
| Caregivers | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Clients | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| General Recruiting | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Special Events | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| **Bad Debts** | | | | | | | | | 2,000 |
| Bank Service Charges | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Payment/Credit Card Processing | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Replacement Equipment | 500 | 500 | 500 | | | | | | |
| **Franchise Fees** | | | | | | | | | |
| Coop Advert - BV | 1,712 | 1,712 | 1,712 | 1,712 | 1,729 | 1,746 | 1,764 | 1,781 | 1,799 |
| Royalty - BV | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Coop Advert - MSP | 895 | 895 | 895 | 895 | 895 | 895 | 895 | 895 | 895 |
| Royalty - MSP | 1,395 | 1,395 | 1,395 | 1,395 | 1,395 | 1,395 | 1,395 | 1,395 | 1,395 |
| Homecare Licenses (renew in August) | | | | | 6,700 | | | | |
| IT Support | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| ClearCare Fee | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 |
| **Insurance** | | | | | | | | | |
| Auto | - | | | | | | | | |
| General Liability | 793 | 793 | 793 | 793 | 793 | 793 | 793 | 793 | 793 |
| **Univ Bank Loan Payments** | | | | | | | | | |
| 0260 | 1,220 | 1,220 | 1,220 | 1,220 | 1,220 | 1,220 | 1,220 | 1,220 | 1,220 |
| 3002 | 1,711 | 1,711 | 1,711 | 1,711 | 1,711 | 1,711 | 1,711 | 1,711 | 1,711 |
| 2628 | 953 | 953 | 953 | 953 | 953 | 953 | 953 | 953 | 953 |
| Meetings and Special Events | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Homecare Pulse | - | - | - | - | - | - | - | - | - |
| Office Cleaning | - | - | - | - | - | - | - | - | - |
| General Office Supplies | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| General Repairs and Maintenance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Outside Printing | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Postage | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| **Professional Fees** | | | | | | | | | |
| Accounting | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Legal | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Legal - B | 10,000 | | | | | | | | |
| Payroll Processing - Paychex | 675 | 675 | 675 | 675 | 675 | 675 | 675 | 675 | 675 |
| **Rent** | | | | | | | | | |
| Rent | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Utilities | - | | | | | | | | |
| Telephone - (AtTech) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Telephone (Century Link) | 54 | 54 | 54 | 54 | 54 | 54 | 54 | 54 | 54 |
| Internet Connection (Comcast) | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Cell Phones and Service (Verizon) | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| **Travel & Entertainment** | | | | | | | | | |
| Mileage Reimbursement | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Travel Related | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Entertainment | - | | | | | | | | |
| **Total Expenses** | 127,339 | 92,615 | 92,615 | 92,115 | 98,832 | 92,150 | 92,167 | 97,185 | 94,203 |
| Other Income: SLP Management Fee | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Net** | (5,015) | 16,972 | 16,972 | 17,472 | 11,850 | 21,012 | 22,112 | 18,223 | 22,345 |

EXHIBIT A

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

S. Hemenway, Inc.,
Debtor.

Case No. 16-31466
Chapter 11

## ORDER APPROVING THE USE OF CASH COLLATERAL

This matter came before the Court on the Debtor's motion for an order authorizing the Debtor to use cash collateral and provide adequate protection. Appearances were noted on the record.

The Debtor and the United States of America, the Internal Revenue Service ("IRS") have entered into a Stipulation Regarding the Debtor's Use of Cash Collateral (the "Stipulation").[1] The Stipulation has been filed with the Court and is part of the record herein.

Based on the file and record herein,

**IT IS ORDERED:**

1.   The Debtor is authorized to use cash, including cash collateral, subject to the liens of the IRS, consistent with the terms of the Stipulation.

2.   For purposes of adequate protection, the Debtor shall pay to the IRS a minimum of $9,694.71 on or before the last day of each month in which this stipulation is in effect, beginning May 2016, which payment will be set off against the secured portion of the Debtor's obligation to the IRS.

EXHIBIT B

EXHIBIT 1

In addition, the Debtor is authorized to grant the IRS a replacement lien in Debtor's post-petition assets, including without limitation cash and cash equivalents, equipment, contract rights, general intangibles and all other post-petition property of the Debtor, together with the proceeds and products thereof except that this replacement lien shall exclude any causes of action arising out of this bankruptcy filing. Said replacement lien shall be of the same priority, dignity and effect as the IRS' pre-petition liens. This lien and security agreement shall be in addition to the liens that the IRS had in the assets and property of the Debtor as of the petition date, which liens extend to and encumber the proceeds and products of the property of the Debtor in existence at the time the bankruptcy petition was filed. The replacement liens granted by the Debtor to the IRS will be deemed properly perfected without further act or deed on the part of the Debtor or the IRS.

3. Any breach of the Stipulation by any party will entitle any party to seek an order from this Court enforcing the terms of the Stipulation, including but not limited to immediately terminating the Debtor's right to use cash collateral as set forth in the Stipulation.

Dated: _____

Katherine A. Constantine
United States Bankruptcy Judge

EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:                                                                                BKY No.: 16-31466
                                                                                             Chapter 11

**S. Hemenway, Inc.,**

      **Debtor.**

___

**CERTIFICATE OF SERVICE**
___

I hereby certify that on June 3, 2016 I caused a copy of **Notice of Hearing and Motion Approving Amended Stipulation for Use of Cash Collateral and Approving Adequate Protection; Verification; Exhibit 1; and Proposed Order** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

     US Trustee: ustpregion12.mn.ecf@usdoj.gov, ecfbkup@comcast.net
     Sarah J Wencil: Sarah.J.Wencil@usdoj.gov
     Roylene A. Champeaux:  Roylene.Champeaux@usdoj.gov,
                                       karen.malikowski@usdoj.gov,
                                       usamn.ecfbankruptcy@usdoj.gov, Muriel.holland@usdoj.gov,
                                       Isaac.mcgurrand-hanson@usdoj.gov

     I further certify that I caused a copy of the **Notice of Hearing and Motion Approving Amended Stipulation for Use of Cash Collateral and Approving Adequate Protection; Verification; Exhibit 1; and Proposed Order** to be faxed, emailed and/or mailed by US Mail to the following:

| S. Hemenway, Inc.<br>Scott Hemenway<br>Scott.h@visitingangelsmn.com | AiTech<br>PO Box 390296<br>Edina MN 55439<br>**Fax:  1-800-731-5601** | AmTrust North America<br>Attn:  Accounts Receivable<br>800 Superior Ave E-21st Floor<br>Cleveland OH 44144<br>**Fax:  1-212-220-7130** |
|---|---|---|
| Capital One<br>PO Box 6492<br>Carol Stream IL 60197<br>**Fax:  1-888-259-3021** | Clearstar<br>5955 Shiloh Road East<br>Suite 104<br>Alpharetta GA 30005<br>Email:<br>accounting@clearstar.net | Dakota Electric Association<br>PO Box 64427<br>Saint Paul MN 55164-0427<br>**Fax:  651-463-6256** |

| | | |
|---|---|---|
| Delta Dental of Minnesota<br>Attn:  Billing<br>NW 5772<br>PO Box 1450<br>Minneapolis MN 55485-5772<br>**Fax:  1-888-819-6257** | Frederick & Rosen LTD<br>5922 Excelsior Blvd<br>Minneapolis MN 55416<br>**Fax:  952-929-0522** | Freedom Services<br>PO Box 3110<br>Burnsville MN 55337<br>**Fax:  952-890-7344** |
| Health Partners<br>NW 3600<br>PO Box 1450<br>Minneapolis MN 55485-3600<br>**Fax:  1-248-733-6000** | Home Care Pulse<br>1216 Stocks Ave<br>Suite 2<br>Rexburg ID 83440<br>Email:<br>accounting@homecarepulse.com | Imagine IT, Inc.<br>2950 Metro Drive, #308<br>Bloomington MN 55425<br>**Fax:  952-905-3900** |
| Institute for Professional<br>5109 NE 82nd Avenue<br>Suite 201<br>Vancouver WA 98662<br>**Fax:  1-360-953-8105** | Lexus Financial<br>PO Box 5855<br>Carol Stream IL 60197<br>**Fax:  1-319-221-6979** | Living Assistance<br>Services Inc<br>937 E Haverford Rd<br>Suite 200<br>Bryn Mawr PA 19010<br>**Fax:  1-610-853-2760** |
| M&E Realty Co.<br>4210 W Old Shakopee Road<br>Burnsville MN 55437<br>**Fax:  952-881-8114** | Purchase Power<br>PO Box 856042<br>Louisville KY 40285-6042<br>Email:<br>orderprocessing@purchasingpower.com | Schrager Legal PLLC<br>222 South 9th Street<br>Suite 1600<br>Minneapolis MN 55402<br>**Fax:  612-338-0359** |
| The Hanover Insurance Group<br>PO Box 580045<br>Charlotte NC 28258<br>**Fax:  1-508-855-8078** | Verizon<br>505 Highway 169 N<br>Plymouth MN 55441<br>**Fax:  1-847-841-0821** | World Pay<br>600 Morgan Falls Road<br>Suite 260<br>Atlanta GA 30350<br>**Fax:  1-866-357-6337** |
| MN Dept Of Revenue<br>551 Bky Section<br>PO Box 64447<br>St Paul MN 55164<br>Mdor.collection@state.mn.us | IRS District Counsel<br>380 Jackson Street<br>650 Cray Plaza<br>St Paul MN 55101<br>**No Fax or Email** | IRS District Director<br>Room 320 Stop 5700<br>30 7th Street E #1222<br>St Paul MN 55101<br>**No Fax or Email** |
| US Attorney<br>300 S 4th St #600<br>Minneapolis MN 55415<br>**Fax:  612-664-5787** | Unity Bank<br>Kevin G. Honius – Vice President<br>7101 Washington Ave S<br>Edina MN 55439<br>**Fax:  952-465-3031**<br>**khonius@unitybanking.com** | Wells Fargo Bank NA<br>Business Direct Division<br>PO Box 29482 MAC<br>S4101-08C<br>Phoenix AZ 85038 |

| | | |
|---|---|---|
| Wells Fargo Bank NA<br>Attn: Ryan A. Kelley<br>VP Operations Risk Cons.<br>PO Box 29482<br>Phoenix AZ 85038 | | |

Dated this 3rd day of June, 2016.     /e/ Steven B. Nosek
Steven B. Nosek, #79960
2855 Anthony Lane South, Suite 201
St. Anthony, MN 55418
(612) 335-9171
ATTORNEY FOR DEBTOR
snosek@noseklawfirm.com